UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WILLIAM KLEIN, : | |
| : | Case No. 12 Civ. 1190 (KPF) |
| Plaintiff, : | ECF Case |
| : | |
| v. : | |
| : | |
| TORREY POINT GROUP, LLC, : | |
| : | |
| Defendant. : | |
| : | |

---

### DEFENDANT'S NOTICE OF MOTION
### FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Lindsay F. Ditlow in Support of Defendant's Motion for Summary Judgment, and the exhibits annexed thereto, Declaration of Steve Jackson, Defendant's Statement of Undisputed Facts Pursuant to Local Rule 56.1, and Defendant's Memorandum of Law in Support of its Motion for Summary Judgment, the undersigned counsel for defendant Torrey Point Group, LLC, moves, pursuant to Fed. R. Civ. P. 56(a), and in accordance with the Court's Order dated July 10, 2013, before the Honorable Katherine Polk Failla, United States District Judge of the Southern District of New York, on such date as will be determined by the Court, for an Order entering summary judgment in favor of defendant and dismissing the plaintiff's Complaint with prejudice.

PLEASE TAKE FURTHER NOTICE, pursuant to the Court's Order dated July 10, 2013 by Judge Katherine Polk Failla, opposition papers, if any, are to be served by August 2, 2013, and reply papers, if any, are to be served by August 11, 2013.

Dated: New York, New York
       July 18, 2013

                                 **DENTONS US LLP**

By: _____
      Neil A. Capobianco
      Lindsay F. Ditlow
      1221 Avenue of the Americas, Suite 2500
      New York, New York  10020
      (212) 398-5781

*Attorneys for Defendant Torrey Point Group, LLC*