UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WILLIAM KLEIN, | : |
|                Plaintiff, | :   Case No. 12 Civ. 1190 (KPF) |
| | :   ECF Case |
| v. | : |
| | :   AFFIDAVIT OF |
| TORREY POINT GROUP, LLC, | :   <u>LINDSAY F. DITLOW</u> |
| | : |
|                Defendant. | : |

---

STATE OF NEW YORK  )
                            ss:
COUNTY OF NEW YORK  )

       **LINDSAY F. DITLOW**, being duly sworn deposes and says:

       1.      I make this affidavit to place certain documents before the Court in support of defendant Torrey Point Group, LLC's ("Torrey Point") motion for summary judgment.

       2.      Attached hereto as Exhibit A is a true and correct copy of the Torrey Point "Inside Account Manager -- Job Description."

       3.      Attached hereto as Exhibit B is a true and correct copy of the "Inside sales Sales Order Process once PO is received" distributed by Torrey Point.

       4.      Attached hereto as Exhibit C is a true and correct copy of excerpts from the November 6, 2012 deposition testimony of William Klein.

       5.      Attached hereto as Exhibit D is a true and correct copy of excerpts from the November 6, 2012 deposition testimony of Justin Young.

       6.      Attached hereto as Exhibit E is a true and correct copy of the Separation Agreement and General Release dated October 5, 2011 which was presented to plaintiff at the time of his discharge from Torrey Point.

1

7.  Attached hereto as Exhibit F is a true and correct copy of Amended Objections and Responses of Defendant Torrey Point Group, LLC to Plaintiff's First Set of Interrogatories, dated October 16, 2012.

Dated: New York, New York
July 18, 2013

_____
Lindsay F. Ditlow

Sworn to before me this
18th day of July, 2013

_____
Notary Public

JUDITH L. STRIGARO
NOTARY PUBLIC, State of New York
No. 01ST4684806
Qualified in New York County
Commission Expires Feb. 28, 2015

17801550\V-1