# EXHIBIT A

# TORREYPOINT

### INSIDE ACCOUNT MANAGER -- JOB DESCRIPTION

**Job Title:** Inside Account Manager
**Job ID:** 100-101
**Location:** New York
**Full/Part Time:** Full-Time
**Regular/Temporary:** Regular

**Job Overview/ Responsibility:**

To support the Senior Account Managers (and 1099 sales team) with quotes, sales orders, customer service while acting as a liaison between operations, finance and executive team. Primary job is to increase our KPI of getting our top SAM's in front of customers a higher percentage of the time.

**Primary Responsibilities:**

- Provide quote assistance, product sourcing, OEM communication, customer credit applications for external sales team members in field
- Facilitate communication between operations/finance and external sales team members
- Track product delivery dates, shipments, engineering needs, quality performance and communicate these to the customer and internal business units
- Manage and maintain pipeline opportunities, CRM, sales reports data for all sales team members Support communication between sales team and our clients
- Explore new OEM vendor partnerships and assist in the development of these new product sales strategies
- Single point of contact for sales team and help troubleshoot issues in the field as they arise
- Assist in the development and presentation of training materials for external sales team members
- Develop & Maintain communication (both internal and external) channels
- Review sales orders, purchase orders, NSP's and verify all aspects meet minimum margin requirements while submitting to finance for approval
- Support the sales team to help plan events, customer visits and general customer marketing initiatives
- Sell and maintain accounts on an as needed basis
- Organize sales and marketing materials to support customer presentations by sales team
- Respond to RFP's, RFI's and general corporate paperwork
- Run reports of sales team results to goal each week in Sales Force

Inside Account Manager Job Description

EXHIBIT
T-1
11-6-12

1 of 1

T0001